```
GOLDSMITH & JRNS
ATTORNEY FOR THE PLAINTIFF
18425 BURBANK BLVD., SUITE 708
TARZANA, CA  91356
818-708-2585
Attorneys for the Plaintiff
```

FEB - 3 1993
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
           Plaintiff,

COURT NO: 92A 20323

      v.

DEFAULT JUDGMENT

RUBEN DESANTIAGO

           Defendant(s).

ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 3 1993
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RUBEN DESANTIAGO the sum of $1,111.50 as principal, $247.13 as accrued prejudgment interest, $0 administrative charges, and $0 costs, plus $300.00 attorney fees for a total amount of $1,728.63, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: FEB - 3 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

*R. L. BYER*

By: _____
      Deputy Clerk

